IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DASHAUN NELLUM,

      Plaintiff,                      No. 2:12-cv-1386 JAM GGH P

   vs.

C. STILTNER, et al.,

      Defendants.            <u>ORDER</u>

_____/

      On September 4, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 15, 2012, that dismissed plaintiff's complaint with leave to amend.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  If plaintiff wishes to raise new arguments he should discuss them in an amended complaint as described by the magistrate judge.  Failure to file an amended complaint within 21 days of service of this order will result in this action being dismissed.

\\\\\

\\\\\

\\\\\

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed August 15, 2012, is affirmed.  Plaintiff must file an amended complaint
3 within 21 days of service of this order.  Failure to file an amended complaint will result in this
4 action being dismissed.

5 DATED:   October 24, 2012

6                                  /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE