IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DASHAUN NELLUM,

    Plaintiff,                    No. 2:12-cv-1386 TLN AC PC

    vs.

C. STILTNER et al.,

    Defendants.         <u>ORDER</u>

        On March 25, 2013, plaintiff filed Objections to the magistrate judge's February 26, 2013 order dismissing plaintiff's first amended complaint with leave to amend. <u>See</u> ECF Nos. 25, 26.

        The court construes plaintiff's Objections as a request for reconsideration of the magistrate judge's February 26, 2013 order.

        Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 26, 2013, is affirmed.  Plaintiff must file an amended complaint within 21 days after service of this order.  Failure to file an amended complaint will result in this action being dismissed.

DATED: May 13, 2013

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge

nell1386.850