1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DASHAUN NELLUM,

11            Plaintiff,                    No. 2:12-cv-1386 TLN AC PC

12        vs.

13   C. STILTNER et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16         On March 25, 2013, plaintiff filed Objections to the magistrate judge's February

17   26, 2013 order dismissing plaintiff's first amended complaint with leave to amend.  <u>See</u> ECF

18   Nos. 25, 26.

19         The court construes plaintiff's Objections as a request for reconsideration of the

20   magistrate judge's February 26, 2013 order.

21         Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld

22   unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that

23   it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

24   ////

25   ////

26   ////

1

1        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2  magistrate judge filed February 26, 2013, is affirmed.   Plaintiff must file an amended complaint

3  within 21 days after service of this order.  Failure to file an amended complaint will result in this

4  action being dismissed.

5  DATED:      May 13, 2013

6

7

8                       Troy L. Nunley

                         United States District Judge

9  nell1386.850

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26